UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF
MASSACHUSETTS

CHAPTER 13 CASE
NO. 12-11202-WCH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:                               \*
Thomas E. DeGiacomo                  \*
And Christine DeGiacomo              \*
                                     \*
     Debtor                          \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEBTORS' APPLICATION TO EMPLOY REAL ESTATE ATTORNEY FOR SALE OF REAL ESTATE OF 10 DRUMMOND ROAD, STONEHAM, MA**

1.    Now come the Debtors in the above-captioned matter and respectfully requests authority from this Court to employ the services of as a real estate attorney for seller representation for the sale of their real property located at 10 Drummond Road, Stoneham, MA 02180.

2.    The Debtors are individuals who own, operate and maintain a single family home at 10 Drummond Road, Stoneham, MA 02180 ("The Property").

3.    The Debtors seek to employ Attorney Douglas Mercurio for the legal presentation of the debtors as sellers of their property.

4.    Attorney Mercurio has provided numerous real estate representations and is familiar with type of transaction of the sale of property of the sort the Debtors seek to sell.

5.    Attorney Mercurio is an experienced real estate attorney and has filed an Affidavit herewith, and a 2016 Statement as required under          M.L.B.R.

6.    Debtors wish to employ Attorney Douglas Mercurio on a flat fee pay structure for $850.00, payable if and only a deed is recorded in the appropriate Registry of    Deeds as a result of the sale of real estate of 10 Drummond Road, Stoneham, MA.

10/08/2014 Approved